# Court of Appeals
# of the State of Georgia

ATLANTA,  August 25, 2020

*The Court of Appeals hereby passes the following order:*

## A21D0018.  IRINA TSOGLIN v. KL CAPITAL, LLC.

On February 28, 2020, the trial court entered its "Order on Motion to Intervene and Set Aside Judgment," which denied Irina Tsoglin's motion to intervene in this action filed by KL Capital, LLC. Tsoglin filed an application for discretionary appeal on July 30, 2020. We lack jurisdiction.

Pretermitting whether the February 28 order was directly appealable, as posited by Tsoglin in her application brief, this Court will grant an application for discretionary review of a directly appealable order under OCGA § 5-6-35 (j) only if the application is filed within 30 days of entry of the order or judgment sought to be appealed. See OCGA § 5-6-35 (d), (j). Under ordinary circumstances, the period for Tsoglin to file the application would have expired on Sunday, March 29, 2020, giving her until March 30, 2020 to file the application.[1] However, the Georgia Supreme Court's Order Declaring Statewide Judicial Emergency, effective March 14, 2020, tolled that deadline. Sections II (A) (2) and (3) of the Third Order Extending Declaration of Statewide Judicial Emergency provided that, "[a]ll other deadlines imposed on litigants shall be reimposed effective as of July 14, 2020," meaning that in "cases that were pending before the March 14 Order, litigants will have the same amount of time to file or act after July 14 that they had as of March 14." (June 12, 2020). Applied herein, as of July 14, 2020, Tsoglin had 15 days remaining to file her application, which expired on July 29, 2020. Tsoglin filed her application on July 30,

---

[1] See Court of Appeals Rule 3. ("When a filing deadline falls on a Saturday [or] Sunday, . . . the deadline is extended to the next business day.").

2020, rendering it untimely. Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  08/25/2020*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*